IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,
  Plaintiff,
    v.
FLAVIO ALVAREZ,
  Defendant.

CIVIL ACTION FILE NO.
1:11-CR-158-3-TWT

## ORDER

This is a pro se Motion to Vacate Sentence [Doc. 65]. It is before the Court on the Report and Recommendation [Doc. 66] of the Magistrate Judge recommending dismissing the action. The Defendant waived his right to appeal or collaterally attack his sentence and he was fully advised of the rights that he waived by pleading guilty. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 3 day of January, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge